Tavxok, Chief-Justice,
 

 delivered the opinion of tire Court:
 

 Whatever irregularity there may be in the judgment on which the execution issued, it was the act of a Court of competent jurisdiction, and was unreversed and in force, when the sale was made to the Defendant. The execution gave the Sheriff full authority to sell, and though the judgment should be afterwards reversed or set aside, yet the
 
 *252
 
 title of an intermediate purchaser at a Sheriff’s sale, cannot be prejudiced. “ The sale shall stand, otherwise none
 
 “
 
 will buy any thing upon execution.”
 
 Manning’s
 
 case, 8
 
 Co.
 
 The same principle applies to an error in the execution, the regularity of which, it has been held, could not be questioned in an action of ejectment against a purchaser under a Sheriff’s sale. And an execution issuing after á year and a day, without a revival of the judgment by
 
 scire facias,
 
 is only voidable at the instance of the party against whom it issues.
 
 *
 
 If the writ be not void, however irregular it may be, the purchaser will gain a title under the Sheriff’s sale.
 
 †
 
 The law on this point is considered to be
 
 settled;
 
 and the Court are of opinion, that the instructions of the Judge to the Jury were entirely correct. The rule for a new trial must he discharged.
 

 *
 

 8 John, 361, 13 Id. 97.
 

 †
 

 1 Ves. 195. 1 Maule & Selwyn, 425.